# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| **TOMMY BUCHANAN,** ) | |
| ) | Case No: 3:15-cv-1208 |
| **Plaintiff,** ) | |
| ) | District Judge Aleta A. Trauger |
| v. ) | |
| ) | |
| **COCA-COLA BOTTLING COMPANY** ) | |
| **CONSOLIDATED,** ) | |
| ) | **JURY DEMAND** |
| **Defendant.** ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, having entered into a voluntary settlement of all claims in this litigation and having fulfilled all necessary obligations under the terms of their confidential settlement and release agreement, hereby stipulate to the dismissal, with prejudice, of the above-captioned action. Each Party to bear their own costs except as otherwise agreed.

Respectfully submitted this 30th day of June, 2017.

> s/R. Patrick Parker
> R. Patrick Parker (BPR # 16847)
> **Parker Law & Associates**
> 1517 Hunt Club Boulevard
> Gallatin, TN 37075
> (615) 724-5291
> (615) 590-4211 (facsimile)
> pparker@pparkerlaw.com
>
> *Attorney for Plaintiff*

s/Mark E. Stamelos
Mark E. Stamelos, BPR No. 021021
Allison M. Cotton, BPR No. 029286
**FORDHARRISON LLP**
150 3rd Avenue South, Suite 2010
Nashville, Tennessee 37201
Tel: (615) 574-6700/ Fax: (615) 574-6701
mstamelos@fordharrison.com
acotton@fordharrison.com

*Attorneys for Defendant*

WSACTIVELLP:9234976.1