# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| TOMMY BUCHANAN, ) | |
| ) | Case No: 3:15-cv-1208 |
| Plaintiff, ) | |
| ) | District Judge Aleta A. Trauger |
| v. ) | |
| ) | |
| COCA-COLA BOTTLING COMPANY ) | |
| CONSOLIDATED, ) | |
| ) | JURY DEMAND |
| Defendant. ) | |

### Proposed AGREED ORDER OF DISMISSAL WITH PREJUDICE

By agreement of the Plaintiff, Tommy Buchanan and Defendant, Coca-Cola Bottling Company Consolidated, this case was resolved and therefore the Parties agree to a dismissal with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court being sufficiently advised:

IT IS HEREBY ORDERED that this case is dismissed with prejudice. The Parties shall be responsible for their own costs, fees and expenses except as otherwise agreed.

It is so ORDERED this ____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE

**PREPARED AND SUBMITTED BY:**


s/R. Patrick Parker
R. Patrick Parker (BPR # 16847)
**Parker Law & Associates**
1517 Hunt Club Boulevard
Gallatin, TN 37075
(615) 724-5291
(615) 590-4211 (facsimile)
pparker@pparkerlaw.com

*Attorney for Plaintiff*


s/Mark E. Stamelos
Mark E. Stamelos, BPR No. 021021
Allison M. Cotton, BPR No. 029286
**FORDHARRISON LLP**
150 3rd Avenue South, Suite 2010
Nashville, Tennessee 37201
Tel: (615) 574-6700/ Fax: (615) 574-6701
mstamelos@fordharrison.com
acotton@fordharrison.com

*Attorneys for Defendant*

WSACTIVELLP:9235021.1