IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| TOMMY BUCHANAN, | ) | |
|---|---|---|
| | ) | Case No: 3:15-cv-1208 |
| Plaintiff, | ) | |
| | ) | District Judge Aleta A. Trauger |
| v. | ) | |
| | ) | |
| COCA-COLA BOTTLING COMPANY CONSOLIDATED, | ) ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

By agreement of the Plaintiff, Tommy Buchanan and Defendant, Coca-Cola Bottling Company Consolidated, this case was resolved and therefore the Parties agree to a dismissal with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court being sufficiently advised:

IT IS HEREBY ORDERED that this case is dismissed with prejudice. The Parties shall be responsible for their own costs, fees and expenses except as otherwise agreed.

It is so ORDERED this 30th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE

**PREPARED AND SUBMITTED BY:**

s/R. Patrick Parker
R. Patrick Parker (BPR # 16847)
**Parker Law & Associates**
1517 Hunt Club Boulevard
Gallatin, TN 37075
(615) 724-5291
(615) 590-4211 (facsimile)
pparker@pparkerlaw.com

*Attorney for Plaintiff*

s/Mark E. Stamelos
Mark E. Stamelos, BPR No. 021021
Allison M. Cotton, BPR No. 029286
**FORDHARRISON LLP**
150 3rd Avenue South, Suite 2010
Nashville, Tennessee 37201
Tel: (615) 574-6700/ Fax: (615) 574-6701
mstamelos@fordharrison.com
acotton@fordharrison.com

*Attorneys for Defendant*

WSACTIVELLP:9235021.1